UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                                     Case No. 09-cr-138-02/03 SM

Joseph Savio
Joseph Gordinas

O R D E R

Defendant Gordinas' assented to motion to continue the trial for sixty days (document no. 25) is granted. Trial has been rescheduled for the November trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than September 21, 2009. On the filing of such waiver, the continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference:     October 21, 2009 at 10:30 PM

Jury Selection:                November 3, 2009 at 9:30 AM

SO ORDERED.

September 9, 2009                 _____
                                  Steven J. McAuliffe
                                  Chief Judge

cc:  Counsel of Record
     U. S. Probation
     U. S. Marshal