UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                                        Case No. 09-cr-138-02/03 SM

Joseph Savio

O R D E R

Defendant Joseph Savio's assented to motion to continue the trial for sixty days (document no. 31) is granted. Trial has been rescheduled for the December trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than November 2, 2009. On the filing of such waiver, the continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

    Final Pretrial Conference:    December 2, 2009 at 2:30 PM

    Jury Selection:    December 8, 2009 at 9:30 AM

    SO ORDERED.

October 22, 2009

                                         _____
                                         Steven J. McAuliffe
                                         Chief Judge

cc:  Counsel of Record
      U. S. Probation
      U. S. Marshal